## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he caused to be served by overnight messenger, prepaid, the Court's Notice of 17 December 2007 Conference and draft Case Management Plan documents upon counsel for the Plaintiff as indicated hereinbelow.

Dated: 20 November 2007
       Mineola, New York

                                        /s/ Anthony Michael Sabino
                                        _____
                                        ANTHONY MICHAEL SABINO
                                        (AMS-0578)

TO:

LAW OFFICES OF STUART L. MELNICK, LLC

Attorneys for the Plaintiff Sanjay Lulla

270 Madison Avenue, Suite 1410
New York, New York 10016
(212) 319-4200
Attention: Stuart L. Melnick, Esq.

AMS/dal
EM Lulla Cert of Service