UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANJAY LULLA,

                Plaintiff(s),                            **Case Management Plan**

          - v -                                       07 CV. 10280 (RMB)

EFFECTIVE MINDS LLC and MANIKA GULATI

                Defendant(s).
-------------------------------------------------------------X

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by _____ April 30, 2008 _____.

(ii)     Amend the pleadings by _April 30, 2008_____.

(iii)    All discovery to be **expeditiously** completed by_April 30, 2008_.

(iv)   Consent to Proceed before Magistrate Judge_____

(v)     Status of settlement discussions _5/5/08 @ 9:00 with principals_

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _See Court's Rules_____.

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other _Settlement Conference with Principals on May 5, 2008 at 10:30 a.m._

**SO ORDERED:** New York, New York
                 December 17, 2007



Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2007