UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUN 1 0 2008

X------------------------------------------------X

SANJAY LULLA,                                           07 CV 10280 (RMB)(MHD)

                              Plaintiff,

v.

EFFECTIVE MINDS, LLC, and                            Jury Trial Demanded
MANIKA GULATI,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

X------------------------------------------------X

## VOLUNTARY STIPULATION OF SETTLEMENT AND
## DISMISSAL, WITH PREJUDICE

**WHEREAS**, on May 19, 2008, the parties to the above-captioned action

personally appeared before the Honorable Richard M. Berman, United States District

Judge, with their respective counsel present and advising them accordingly; and,

**WHEREAS**, at that time and in the presence of the Court, the parties agreed to

settle their differences and concluded the instant litigation upon the terms and conditions

memorialized below:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS**

**FOLLOWS**:

1. On or before September 19, 2008, Defendants shall remit to Plaintiff, by means

of full or partial payments, the aggregate sum of Ten Thousand Dollars and No Cents

($10,000.00). Any checks issued in respect of such payments shall be made payable to

the order of the Plaintiff Sanjay Lulla and delivered to his counsel of record. There shall

1

be no requirement that any checks so delivered be held in escrow by the Plaintiff or his counsel.

2. The instant action is voluntarily dismissed, with prejudice.

3. On or before June 19, 2008, the parties shall exchange full and mutual releases, and, among other things, the terms of said mutual releases shall provide that the parties release each other from any and all claims of any kind from the beginning of time to the date said releases are executed. Said releases shall not in any way affect the obligation to pay the settlement amount as agreed to, nor the enforcement of the terms of this stipulation and settlement. Said releases shall contain the language customary to releases of this type, including, but not limited to, the common "Blumberg" form of release.

4. The instant stipulation may be executed in counterpart, and when counterparts are taken together, shall constitute the entire document.

5. The parties shall cooperate in exchanging copies of this stipulation as fully executed by hand, and in a form compatible for filing via the Court's ECF system, including the instant stipulation when "so ordered" by the Court.

Dated: May 19, 2008
Mineola, New York

**SABINO & SABINO, P.C.**

/s/ Anthony Michael Sabino

By:_____
Anthony Michael Sabino (AMS-0578)


Attorneys for the Defendants
Effective Minds LLC and Manika Gulati

92 Willis Avenue, 2nd Floor
Mineola, New York 11501
(516) 294-3199
Fax: (516) 747-9405
email: legal-lion@earthlink.net


**LAW OFFICES OF STUART L. MELNICK, LLC**

/s/ Stuart L. Melnick

By:_____
Stuart L. Melnick (SM-2613)


Attorneys for the Plaintiff Sanjay Lulla

100 Park Avenue, Suite 1600
New York, New York 10017
(212)-319-4200
Fax: 212-319-4255
email: SLMLAWNYC@aol.com


O ORDERED
THIS *10th* DAY OF *June*, 2008

_____
U.S.D.J.    6/10/08

EM Lulla Stip of Settlement v.2

3